**Entered on Docket
April 01, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



**Signed: April 01, 2009**

_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                          No. 09-40827 TG
                                               Chapter 13
AFU TOMASI, ANAPESI TOMASI,

      Debtors.
_____/

**MEMORANDUM OF DECISION RE MOTION FOR RELIEF**

The motion for relief from the automatic stay filed by JP Morgan Chase Bank ("Bank") came on for preliminary hearing on April 1, 2009 at 11:00 a.m. Appearances were stated on the record. At the conclusion of the hearing, the Court took the motion under submission in order to review the moving papers and the docket of this case and a related case filed by the same debtor, Afu Tomasi, Case No. 09-40846 TG, and subsequently dismissed.

Having considered the foregoing, the Court concludes that the debtors' opposition is without merit and that the motion for relief from stay should be granted, including the request that the stay be annulled. Counsel for the moving party is directed to submit a proposed form of order in accordance with this decision.

END OF DOCUMENT

COURT SERVICE LIST

Marc Voisenat
Law Offices of Marc Voisenat
1330 Broadway #1035
Oakland, CA 94612

John E. Bouzane
634 Oak Court
San Bernardino, CA 92410